UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

CASE NO.: 1:21-cv-03266-NRN

CARLOS CUESTA,

      Plaintiff,
v.

ROCK 1 LLC and DP RETAIL 101 LLC,

      Defendants.

## MOTION TO ATTEND SCHEDULING CONFERENCE BY TELEPHONIC APPEARANCE

Plaintiffs, CARLOS CUESTA respectfully request the opportunity to participate telephonically in the March 2, 2022 Scheduling Conference [D.E. 4]. The Parties have conferred about and will file a Proposed Scheduling Order, have otherwise met the obligations of D.C.COLO.LCivR 7.1(a) and are both in agreement with the tendered motion.

1. Undersigned counsel for Plaintiff primarily works and resides in Miami, Florida and is currently not scheduled to work out of the Colorado office that week.

2. Given the travel time and expense required to reach the courthouse, the anticipated short duration of the Scheduling Conference, and COVID risks and restrictions currently involved in travel, the ability for the Parties to attend by telephone would not negatively impact the Scheduling Conference.

3. Undersigned counsel for Plaintiff can participate in a telephonic conference via a landline, since counsel for the Plaintiff is not scheduled to be in Colorado at the time of the subject Scheduling Conference.

4. Counsel for Defendant have been in contact with undersigned and have indicated no objection to Plaintiff's counsel's request to appear telephonically.

5. None of the parties will be prejudiced by the request in this Motion.

For the above stated reasons, the Court should permit counsel for the parties to participate in the March 2, 2022 Scheduling Conference by telephone via a land line.

Respectfully submitted this February 23, 2022.

/s/ Anthony J. Perez
ANTHONY J. PEREZ, ESQ.
GARCIA-MENOCAL & PEREZ, P.L.
1600 Broadway
Denver, CO 80202
E-Mail: ajperez@lawgmp.com;
dperaza@lawgmp.com
Telephone: 303-386-7208
Facsimile: 305-553-3031
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via email upon all parties of record on February 23, 2022.

Respectfully Submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**

*Attorneys for Plaintiffs*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone: (305)553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: dperaza@lawgmp.com
dramos@lawgmp.com

By: */s/ Anthony J. Perez*
ANTHONY J. PEREZ