# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:21-cv-03266

**CARLOS CUESTA**,

Plaintiff,

**v.**

**ROCK 1 LLC and DP RETAIL 101 LLC**,

Defendants.

---

**DECLARATION OF ANDREW LEVINE IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS**

---

1.     My name is Andrew Levine.  I am the Chief Operating Officer for Green Dragon, which operates the licensed marijuana dispensary located at 930 W Byers Place in Denver Colorado (the "Dispensary").

2.     I am over the age of eighteen (18) and have personal knowledge of the facts set forth in this declaration and, if called to testify, would testify truthfully as to the same.

3.     Pursuant to Colorado law, the Dispensary requires that all visitors provide acceptable forms of identification before entering the Dispensary.  Additionally, the Dispensary maintains a log of all visitor activity in accordance with Colorado law.

4.     In my position, I have access to the visitor log, which is maintained digitally.

5.     I reviewed the visitor log for the Dispensary from January 1, 2018 to the present date (March 3, 2022) via records accessible to me.

6.      From January 1, 2018 to March 3, 2022 Carlos Alberto Cuesta visited the Dispensary on one occasion: September 11, 2021 at 7:29 p.m.

7.      Mr. Cuesta presented a Florida driver's license with a listed address in Miami, FL.

8.      The logs are kept in the ordinary course of the Dispensary's regularly conducted business activity. These electronic logs are generated at the same time the action corresponding to the records takes place.

Under penalties of perjury, I declare that I have read the foregoing declaration and that the facts stated in it are true.

Executed on this 4th day of March, 2022 in Edgewater, Colorado.

_____
ANDREW LEVINE