IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO

CASE NO.: 1:21-cv-03266-NRN

CARLOS CUESTA,

       Plaintiff,

v.

ROCK 1 LLC and DP RETAIL 101, LLC,

       Defendants.

---

**JOINT MOTION FOR EXTENSION FOR PLAINTIFF TO
FILE A RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

---

Plaintiff, CARLOS CUESTA, and Defendants ROCK 1 LLC and DP RETAIL 101, LLC, by and through undersigned counsel, respectfully file this motion for extension of time to file a motion for Plaintiff to File his Response to Defendants' Motion to Dismiss, and in support state as follows:

1. Plaintiff filed his Complaint on December 6, 2021 [D.E.1].

2. On March 4, 2022, Defendants filed a motion to dismiss [D.E. 21].

3. The Parties are currently discussing the possibility of global resolution of the case, and to that end the Parties believe that engaging in additional motion practice would not be productive to that end. Therefore, to preserve judicial resources and not engage in protracted motion practice, the Parties are seeking a thirty (30) days extension of time to allow Plaintiff to file his response to the motion to dismiss.

4. This extension would allow Plaintiff to fil a response to the motion to dismiss, while also sparing the Parties from expending additional resources to engage in additional motion practice, which may ultimately be unnecessary.

5. Good cause exists here, as the Parties are seeking this extension since the Parties are engaged in discussion regarding the global resolution of the litigation and wish to preserve the resources of the Court and the Parties from engaging in additional motion practice which may be ultimately unnecessary.

6. Undersigned counsel certifies that pursuant to D.C.COLO.LCivR 6.1, this motion is being served on the Parties.

7. This motion is sought in good faith and not for purposes of undue delay.

### SUPPORTING MEMORANDUM OF LEGAL AUTHORITY

"A district court retains the inherent authority to manage its own docket," which will be reviewed only for an abuse of discretion. *See, e.g., Wilson v. Farley*, 203 Fed.Appx. 239, 250 (11th Cir. 2006) (*citing Four Seasons Hotels and Resorts, B.V. v. Consorcio Barr S.A.,* 377 F.3d 1164, 1172 n. 7 (11th Cir.2004)). The decision whether to amend the Order is subject to the Court's "inherent authority [and discretion] to manage its own docket 'so as to achieve the orderly and expeditious disposition of cases.'" *Equity Lifestyle Prop., Inc. v. Fla. Mowing and Landscape Serv., Inc.*, 556 F.3d 1232, 1240 (11th Cir. 2009) (citing *Chambers v. NASCO, Inc.,* 501 U.S. 32, 43, 111 S.Ct. 2123, 2132, 115 L.Ed.2d 27 (1991)). Plaintiff filed his Complaint on December 6, 2021 [D.E.1]. On March 4, 2022, Defendants filed a motion to dismiss [D.E. 21]. The Parties are currently discussing the possibility of global resolution of the case, and to that end the Parties believe that engaging in additional motion practice would not be productive to that end. Therefore, to preserve judicial resources and not engage in protracted motion practice, the Parties are seeking a thirty (30) day extension of time to allow Plaintiff to file his response to the motion to dismiss. This extension would allow Plaintiff to fil a response to

the motion to dismiss, while also sparing the Parties from expending additional resources to engage in additional motion practice, which may ultimately be unnecessary. Good cause exists here, as the Parties are seeking this extension since the Parties are engaged in discussion regarding the global resolution of the litigation and wishes to preserve the resources of the Court and the Parties from engaging in additional motion practice which may be ultimately unnecessary. Undersigned counsel certifies that pursuant to D.C.COLO.LCivR 6.1, this motion is being served on the Parties. This motion is sought in good faith and not for purposes of undue delay.

WHEREFORE, Plaintiff CARLOS CUESTA and Defendants ROCK 1 LLC. and DP RETAIL 101, LLC., respectfully request a thirty (30) day extension of time to file a response to Defendants' motion to dismiss, and for such other relief as may be just and proper.

DATED:  Respectfully Submitted, March 21, 2022.

| | |
|---|---|
| By: *Anthony J. Perez*<br>ANTHONY J. PEREZ<br>FLORIDA BAR:<br><br>**GARCIA-MENOCAL, & PEREZ, P.L.**<br>1600 Broadway, Suite 1600<br>Denver, CO  80202<br>Telephone:  (303) 386-7208<br>Facsimile: (305) 553-3031<br>Primary E-Mail: ajperez@lawgmp.com<br>Secondary E-Mail: dperaza@lawgmp.com<br>*Attorneys for Plaintiff* | By: */s/ Micah D. Dawson*<br>MICAH D. DAWSON<br>FLORIDA BAR:<br><br>**FISHER & PHILLIPS LLP**<br>1125 17th Street, Suite 2400<br>Denver, CO 80202<br>Telephone: (303) 218.3665<br>Email: mdawson@fiherphillops.com<br>*Attorney for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 21, 2022, I electronically filed a true and correct copy of the forgoing with the Clerk of Court using the CM/ECF system which will serve notice of the electronic filing upon all parties of record.

Respectfully submitted,

**GARCIA-MENOCAL, & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway, Suite 1600
Denver, CO  80202
Telephone:  (303) 386-7208
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: dperaza@lawgmp.com

By: *Anthony J. Perez*
ANTHONY J. PEREZ
Florida Bar No.: 535451