**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-03266-DDD

**CARLOS CUESTA**

     Plaintiff,

v.

**ROCK 1 LLC and
DP RETAIL 113 LLC,**

     Defendants.

---

**DEFENDANTS ROCK 1 LLC AND DP RETAIL 113 LLC'S
UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

---

Pursuant to D.C.COLO.LCivR 6.1(b) and Fed. R. Civ. P. 6(b), Defendants Rock I LLC and DP Retail 113 LLC ("Defendants"), by and through their counsel, move for entry of an Order granting an extension of time, up to and including April 22, 2022, within which to file a reply in support of its Motion to Dismiss Plaintiff's Complaint. As grounds for this motion, Defendants state as follows:

1.    Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel certifies that they conferred with Plaintiff's counsel regarding the relief requested in this motion. Plaintiff's counsel does not oppose the relief sought.

2.    Plaintiff filed his Complaint on December 6, 2021. *See* ECF No. 1.

3.    On March 4, 2022, Defendants filed their Motion to Dismiss Plaintiff's Complaint. *See* ECF No. 21.

4.    On March 21, 2022, the Parties filed a Joint Motion for Extension of Time for

Plaintiff to File a Response to Defendants' Motion to Dismiss. *See* ECF No. 22.

5. On March 25, 2022, Plaintiff filed his Response to Defendants' Motion to Dismiss. *See* ECF No. 23.  Defendants' Reply is currently due April 8, 2022.

6. Defendants request an extension of time, until April 22, 2022, within which to serve Defendants' Reply in Support of their Motion to Dismiss.

7. This extension of time is sought in good faith and not for purposes of improper delay. Moreover, this extension will not prejudice any party, nor will it delay the trial of this matter.

8. Defendants' request for an extension of time should be granted pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, which provides in part: "[w]hen an act may or must be done within a specified time, the court may for good cause, extend the time if a request is made[] before the  original time or its extension expires . . ."  Fed. R. Civ. P. 6(b).

9. Pursuant to D.C.COLO.LCivR 6.1, a copy of this motion has been served on the proper entities.

WHEREFORE, Defendants Rock 1 LLC and DP Retail 113 LLC respectfully move for an order granting Defendants an extension of time, up to and including April 22, 2022, within which to file Defendants' Reply in Support of their Motion to Dismiss Plaintiff's Complaint.

Respectfully submitted this day, April 7, 2022.

s/ Ilanit S. Fischler
Micah D. Dawson
FISHER & PHILLIPS LLP
1125 17th Street, Suite 2400
Denver, CO  80202
Telephone:  303-218-3665
Facsimile:  303-218-3651
mdawson@fisherphillips.com

Ilanit Sisso Fischler
FISHER & PHILLIPS LLP
450 East Las Olas Boulevard
Suite 800
Fort Lauderdale, FL 33301
ifischler@fisherphillips.com

**Attorneys for Defendants**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day, April 7, 2022, a true and correct copy of

the foregoing **DEFENDANTS' UNOPPOSED MOTION EXTENSION OF TIME TO FILE**

**REPLY IN SUPPORT OF MOTION TO DISMISS** was electronically filed with the Clerk of the

Court using the CM/ECF system, which will send notification of such filing to the following:

Anthony J. Perez
Beverly Virues
GARCIA-MENOCAL & PEREZ, P.L.
1600 Broadway, Suite 1600
Denver, Colorado 80202
(303) 386-7208
ajpereez@lawgm.com
bvirues@lawgmp.com


*Attorneys for Plaintiff*


*s/ Ilanit S. Fischler*
Ilanit S. Fischler
for FISHER & PHILLIPS LLP