IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-03266-DDD-NRN

CARLOS CUESTA,

    Plaintiff,

v.

ROCK 1 LLC and DP RETAIL 101 LLC,

    Defendants.

## JOINT NOTICE OF SETTLEMENT

Plaintiff, CARLOS CUESTA, and Defendants, ROCK 1 LLC and DP RETAIL 101 LLC, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in the case.

Respectfully submitted this April 21, 2022.

| /s/ Anthony J. Perez | /s/ Micah D. Dawson. |
|---|---|
| ANTHONY J. PEREZ, ESQ. | MICAH D. DAWSON, ESQ. |
| GARCIA-MENOCAL & PEREZ, P.L. | FISHER & PHILLIPS LLP |
| 1600 Broadway | 1125 17th Street, Suite 2400 |
| Denver, Colorado 80202 | Denver, CO 80202 |
| Telephone: (305) 553- 3464 | Telephone: (303) 218-3650 |
| Email: ajperez@lawgmp.com | Email: mdawson@fisherphillips.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this April 21, 2022.

        Respectfully submitted,

        **GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, Colorado 80202
Telephone: (305) 553-3464
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail:
dperaza@lawgmp.com;
dramos@lawgmp.com

By: _/s/ Anthony J. Perez_
     ANTHONY J. PEREZ