# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-03266-DDD-NRN

CARLOS CUESTA,

    Plaintiff,

v.

ROCK 1 LLC and DP RETAIL 101 LLC,

    Defendants.

---

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

---

Plaintiff, CARLOS CUESTA, and Defendants, ROCK 1 LLC and DP RETAIL 101 LLC, ("Defendants"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement. STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on August 12, 2022.

| | |
|---|---|
| */s/ Anthony J. Perez* | */s/ Micah D. Dawson.* |
| ANTHONY J. PEREZ, ESQ. | MICAH D. DAWSON, ESQ. |
| GARCIA-MENOCAL & PEREZ, P.L. | FISHER & PHILLIPS LLP |
| 1600 Broadway | 1125 17th Street, Suite 2400 |
| Denver, CO 80202 | Denver, CO 80202 |
| Telephone: (305) 553-3464 | Telephone: (303) 218-3650 |
| Email: ajperez@lawgmp.com | Email: mdawson@fisherphillips.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on August 12, 2022.

        **GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, CO 80202
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: dperaza@lawgmp.com
bvirues@lawgmp.com


By: ___/s/ Anthony J. Perez_____
     ANTHONY J. PEREZ